**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**EUTIMIO SAUL MEJIA SANCHEZ** **CIVIL ACTION NO. 26-1854**

**SECTION P**

**VS.**

**JUDGE JAMES D. CAIN, JR.**

**BRIAN ACUNA, ET AL.** **MAG. JUDGE CAROL B. WHITEHURST**

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 9), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Eutimio Saul Mejia Sanchez's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in chambers on this 24th day of August, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE